**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CURTIS LEE MORRISON, Plaintiff-Appellant, v. E. VIERRA, Defendant-Appellee. | No. 19-16555 D.C. No. 2:19-cv-00284-JAM-DB MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted May 6, 2020**

Before: BERZON, N.R. SMITH, and MILLER, Circuit Judges.

California state prisoner Curtis Lee Morrison appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging an equal protection violation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 443, 447 (9th Cir. 2000).  We affirm.

The district court properly dismissed Morrison's action because the "class-of-one" theory does not apply in the context of discretionary personnel decisions in public employment.  *See* Cal. Code Regs. tit. 15 § 3041.1(a) (describing criteria for filling paid inmate work assignments in California prisons); *Engquist v. Or. Dep't of Agr.*, 553 U.S. 591, 605-07 (2008) (class-of-one theory of equal protection does not apply to the public employment context).

Morrison's motions for appointment of counsel (Docket Entry Nos. 3 and 10) are denied.

**AFFIRMED.**